NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TAKEIKA SMITH, individually and as the parent and natural guardian of SINCERE SMITH, a minor, | : : : : | |
| Plaintiffs, | : : | Civil Action No. 03-5519 (JAP) |
| v. | : : | |
| CHS., INC., *et al.*, | : : | **ORDER** |
| Defendants. | : : : | |

The parties in the above-captioned action have advised the Court that they have reached a settlement, which is in part subject to the approval of the Attorney General of the United States. They have moved for a 60-day stay of this litigation in order to finalize the agreement. The parties also consent to the dismissal of all pending motions before the Court. Accordingly, **IT IS**

**ON** this 26th day of February, 2008,

**ORDERED** that all pending motions are **DISMISSED** without prejudice;

**FURTHER ORDERED** that the Clerk administratively terminate the action, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose necessary to final resolution of the litigation.

**SO ORDERED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.